# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-01-00429-CV

**Kevin King, Appellant**

v.

**Advanced Micro Devices, Inc., Appellee**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT NO. 99-02834, HONORABLE MARGARET A. COOPER, JUDGE PRESIDING

**PER CURIAM**

Appellant Kevin King has filed an unopposed motion to dismiss the appeal based on the parties' settlement agreement. We grant the motion and dismiss the appeal. Tex. R. App. P. 42.1(a).

Before Chief Justice Aboussie, Justices Yeakel and Puryear

Dismissed on Appellant's Motion

Filed: November 1, 2001

Do Not Publish